UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Keith Darnell Billings          Docket No. 7:13-CR-96-1BO

## Petition for Action on Supervised Release

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keith Darnell Billings, who, upon an earlier plea of guilty to Conspiracy To Possess With Intent To Distribute and to Distribute Cocaine and Cocaine Base in violation of 21 U.S.C. §846, was sentenced by the Honorable C. Weston Houck, Chief U.S. District Judge for the District of South Carolina, on September 2, 1999, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On May 1, 2008, pursuant to 18 U.S.C. §3582(c)(2), the term of imprisonment was reduced to 168 months.

Keith Darnell Billings was released from custody on November 16, 2011, at which time the term of supervised release commenced. On September 25, 2013, jurisdiction of this case was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 6, 2013, the defendant was charged with Driving While Impaired in Robeson County, North Carolina. On December 3, 2014, he pled guilty to the charge in Robeson County District Court, and was sentenced to 12 months unsupervised probation. As a sanction for this violation, we recommend adding a condition requiring the defendant to perform 50 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 50 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Thomas E. Sheppard
Thomas E. Sheppard
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2541
Executed On: July 17, 2015

Keith Darnell Billings
Docket No. 7:13-CR-96-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___20___ day of __July__, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge